**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| COMMONWEALTH OF PENNSYLVANIA, | : | No. 152 EAL 2022 |
|---|---|---|
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| v. | : | from the Order of the Superior Court |
| | : | |
| ADELBERTO SULIT, | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 21st day of November, 2022, the Petition for Allowance of Appeal is **DENIED**.